BERNARD KICZALES, PLAINTIFF-APPELLANT, v. JUNE STRELECKI, DIRECTOR OF THE DIVISION OF MOTOR VEHICLES, DEPARTMENT OF LAW AND PUBLIC SAFETY OF NEW JERSEY, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued September 8, 1969—Decided September 18, 1969.

Before Judges CONFORD, COLLESTER and KOLOVSKY.

*Mr. Mahlon L. Fast* argued the cause for appellant (*Messrs. Fast & Fast,* attorneys).

*Mr. James S. Cramer* argued the cause for respondent (*Messrs. Lamb, Blake, Hutchinson & Dunne,* attorneys).

PER CURIAM. This is an appeal from the decision of the Law Division that a resident of New York is not a qualified person to have recourse in this State against the Unsatisfied Claim and Judgment Fund on a claim arising out of a "hit and run" incident wherein there was no physical contact between the other car and the claimant's person or the vehicle in which he was riding. *Kiczales v. Strelecki,* 103 *N. J. Super.* 257 (*Law Div.* 1968).

We are in agreement with the Law Division that the statutory requirement of a reciprocal remedy for New Jersey residents by the state of the claimant's residence, *N. J. S. A.* 39:6–62, is not here met since New York, whose statute requires physical contact in a "hit and run" case, would consequently not afford a New Jersey resident relief under its comparable statute *on the same facts* as here involved. See *Betz v. Director of Div. of Motor Vehicles,* 27 *N. J.* 324, 330 (1958).

Affirmed.